# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| JERRY L. SPRINGER, | : |
| Plaintiff, | : Civil Action No. C2-06-1045 |
| vs. | : JUDGE MARBLEY |
| SEARS, ROEBUCK AND CO., | : MAGISTRATE JUDGE ABEL |
| Defendant. | : |

## PARTIES STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) the parties hereby stipulate to the dismissal of this action without prejudice. Each party will bear their own costs and fees.

Respectfully submitted,

/s/ John S. Marshall
John S. Marshall (0015160) (*marshall@ee.net*)
Trial Counsel for Plaintiff
Edward R. Forman (0076651) (*eforman@ee.net*)
Steven D. Dransfield (0080271) (*sdransfield@ee.net*)
Co-Counsel for Plaintiff
MARSHALL AND MORROW LLC
111 West Rich Street, Suite 430
Columbus, Ohio 43215-5296
(614) 463-9790
Fax (614) 463-9780


/s/ Keith A. Savidge
Keith A. Savidge (0014242) (*kasavidge@sse-law.com*)
Trial Counsel for Defendant
SEELEY, SAVIDGE & EBERT CO., L.P.A.
600 Superior Avenue East, Suite 800
Cleveland, Ohio 44114-2655
(216) 566-8200
Fax (216) 566-0213